# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Carla J Kappel | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:20cv2825 |
| | ) |
| Lumber Liquidators, Inc. | ) |
| | ) |
|     Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on May 13, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, Lumber Liquidators, Inc. and against the Plaintiff, Carla J Kappel.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
       Dana Van Metre
       Deputy Clerk

Dated: 5/13/2022
Alexandria, Virginia