FILED: September 22, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 22-1643
(1:20-cv-02825-AJT-IDD)

---

CARLA J. KAPPEL, as mother and next friend of K.I.T, a minor and A.J.T, a minor as Special Administrator of the Estate of Ozan Tarabus, deceased

Plaintiff - Appellant

v.

LL FLOORING, INC., f/k/a Lumber Liquidators, Inc.

Defendant - Appellee

---

O R D E R

---

Upon consideration of the unopposed consent and stipulation to supplement the record with certain documents from District Court Case No. 1:15-md-2627 and Judicial Panel on Multidistrict Litigation Case MDL No. 2627, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk